Joseph Pham
2855 Senter Rd., Space 102
San Jose, CA 95111
(408) 644-6939
Plaintiff, In Pro Se.

FILED
AUG 07 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Fee paid
SI

ADR
E-filing

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Joseph Pham, pro se | CASE NO.: |
| --- | --- |
| Plaintiff, | CV12-04140 |
| v. | FCRA AND FDCPA COMPLAINT. |
| NCB Management Services Inc. | DEMAND FOR JURY TRIAL. |
| Defendant. | |

HRL

**COMPLAINT**

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq* and the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692(e)(2), 1692f , 1692(f)(1) and 15 U.S.C.§2042g(b).

**PARTIES**

2. Plaintiff, Joseph Pham, is a natural person and is a resident of the State of California.

Page | 1

3. Upon information and belief, Defendant, NCB Management Services Inc. is a debt collector as that term is defined by *Cal. Civ. Code §1788.2(c)*. NCB Management Services Inc. illegally harasses and pulls credit report from various innocent consumers without a permissible purpose.

## PRELIMINARY STATEMENT

4. This is an action for damages and injunctive relief brought by Plaintiff against Defendant for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692f, Fair Debt Collection Practices Act (FDCPA) 15 USC § 1692f(1) and 15 U.S.C. §2042g(b).

5. Upon belief and information, Plaintiff contends that many of these practices are widespread for the Defendant. Plaintiff intends to propound discovery to Defendant identifying these other individuals who have suffered similar violations.

6. Plaintiff contends that the Defendant has violated such laws by repeatedly harassing Plaintiff in attempts to collect an alleged debt which does not belong to Plaintiff.

## JURISDICTION

7. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

8. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendant transacts business here, and the conduct complained of occurred here.

## FACTUAL ALLEGATIONS

1. On February 3, 2012, Defendant sent Plaintiff a notice to collect a debt from Plaintiff. Plaintiff has no knowledge of Defendant.

2. On or about May 21st, 2012, Plaintiff pulled his credit report and discovered that on February 2nd, 2012, Defendant pulled Plaintiff's credit report from TransUnion without permissible purpose. See Exhibit P1.

3. On or about June 28th, 2012, Plaintiff sent a Request for Validation of Debt by Certified Mail, allowing Defendant an opportunity to cure, giving Defendant until July 10th, 2012.

4. Defendant never lent any money to Plaintiff and Plaintiff believes there is no evidence to the contrary.
5. Plaintiff never signed a Note or Contract, exhibiting all the necessary requirements of a contract by operation of law for the debt allegedly owed to the Defendant and Plaintiff believes there is no evidence to the contrary.
6. Defendant has failed to disclose origin of any loan or money lent and Plaintiff believes there is no evidence to the contrary.
7. Defendant has failed to disclose history or provenance of any loan or money lent and Plaintiff believes there is no evidence to the contrary.
8. Defendant has never produced evidence that they loaned United States Dollars as required by Federal Law and United States Treasury Regulations. This failure or omission or even negligent behavior is an illegal act, **a felony**. Plaintiff never saw any money and is unaware of any contract for loan proceeds that exists between Plaintiff and Defendant and Plaintiff believes there is no evidence to the contrary.

## COUNT I

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

## WILLFUL NON-COMPLIANCE BY DEFENDANT

9. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).
10. NCB Management Services Inc is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.
11. NCB Management Services Inc willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:
(a) NCB Management Services Inc willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against the Defendant for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 NEGLIGENT NON-COMPLIANCE BY DEFENDANT**

12. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

13. Defendant is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

14. Defendant negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:
    (a) NCB Management Services Inc negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against Defendant for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. 1681o.

## COUNT III

**VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 .S.C. §1692 BY DEFENDANT.**

15. Plaintiff alleges and incorporates the information in paragraphs 1 through 17.

16. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3)

17. Defendant is a debt collector within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

18. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

   (a) Defendant violated 15 U.S.C. §1692e(2) by falsifying the character, amount and legal status of the alleged debt.

   (b) Defendant violated 15 U.S.C. §1692f by conducting an unfair and unconscionable means to collect or attempt to collect the alleged debt that does not belong to consumer. Thereby Defendant defrauded the court and Plaintiff.

   (c) Defendant violated 15 U.S.C. §1692f(1) by the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

   (d) Defendant continued collection activity after receiving notice of dispute, and failed to provide written validation of debt before resuming collection activities, in violation of 15 U.S.C.§2042g(b).

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, for statutory damages, punitive damages, actual damages that would include any adverse ruling in state court, and attorney's fees and costs, pursuant to 15 U.S.C. § 1692.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this ___ day of ____, 2012

_____

Joseph Pham

2855 Senter Rd., Space 102

San Jose, CA 95111

(408) 644-6939

<u>Exhibit P1:</u>

JOSEPH AN PHAM  :::Experian
Report As Of: 6/15/2012

Credit Inquiries

Here you will find the names of those who have obtained a copy of your credit report, including lenders, landlords and employers. Remember, inquiries remain on your report for up to 2 years.

| NCB MGMT | Experian | Equifax | TransUnion |
|---|---|---|---|
| 215-244-4200<br>1 ALLIED DR<br>TREVOSE, PA 19053 | *Business Name*<br>*Inquiry Date*<br>*Business Type* | | NCB MGMT<br>2/2/2012<br>Collection Services |