*E-FILED: October 23, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PHAM, | No. C12-04140 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| v. | |
| NCB MANAGEMENT SERVICES, INC., | |
| Defendant. | |

This matter was set for an initial case management conference on October 23, 2012. Plaintiff Joseph Pham failed to appear, and there has been no activity on the docket since the complaint was filed on August 17, 2012.

Accordingly, plaintiff shall appear before this court in person on **November 13, 2012, 10:00 a.m.**, Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California and show cause why this case should not be dismissed or why monetary sanctions should not be imposed for plaintiff's inattention to this matter.

SO ORDERED.

Dated: October 23, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-04140-HRL Notice sent by U.S. Mail to:

2  Joseph Pham
   2855 Senter Road, Space 102
3  San Jose, CA 95111