**United States District Court**
For the Northern District of California

1

2                                                      *E-FILED:  October 23, 2012*

3

4

5

6

7                              NOT FOR CITATION

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11   JOSEPH PHAM,                          No. C12-04140 HRL

12            Plaintiff,                   **ORDER TO SHOW CAUSE WHY THIS
                                           CASE SHOULD NOT BE DISMISSED**
13     v.                                  **FOR FAILURE TO PROSECUTE**

14   NCB MANAGEMENT SERVICES, INC.,

15            Defendant.

16   _____/

17        This matter was set for an initial case management conference on October 23, 2012.

18   Plaintiff Joseph Pham failed to appear, and there has been no activity on the docket since the

19   complaint was filed on August 17, 2012.

20        Accordingly, plaintiff shall appear before this court in person on **November 13, 2012,**

21   **10:00 a.m.**, Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California and show

22   cause why this case should not be dismissed or why monetary sanctions should not be imposed

23   for plaintiff's inattention to this matter.

24        SO ORDERED.

25   Dated: October 23, 2012

26        _____

27        HOWARD R. LLOYD
          UNITED STATES MAGISTRATE JUDGE

28

1    5:12-cv-04140-HRL Notice sent by U.S. Mail to:

2    Joseph Pham
     2855 Senter Road, Space 102
3    San Jose, CA 95111

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California