1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

| JOSEPH PHAM, | Case No. C-12-04140 RMW |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| NCB MANAGEMENT SERVICES, INC., et al., | |
| Defendants. | |

On December 21, 2012, the court dismissed all claims without prejudice.  Therefore, it is hereby ordered that judgment is entered in favor of defendants and against plaintiff.  Plaintiff shall take nothing by way of his complaint.


Dated:  December 21, 2012                    _____
                                              Ronald M. Whyte
                                              United States District Court Judge

JUDGMENT
CASE NO. C-12-04140-RMW                - 1 -
SW