UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PHAM,<br><br>                Plaintiff,<br><br>   v.<br><br>NCB MANAGEMENT SERVICES,<br>INC., et al.,<br><br>                Defendants. | Case No. C-12-04140 RMW<br><br>**JUDGMENT** |

On December 21, 2012, the court dismissed all claims without prejudice. Therefore, it is hereby ordered that judgment is entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by way of his complaint.

Dated: December 21, 2012

                                        _/s/ Ronald M. Whyte_
                                        Ronald M. Whyte
                                        United States District Court Judge