UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/2/13*

JOSEPH PHAM,

        Plaintiff,

v.

NCB MANAGEMENT SERVICES, INC et al,

        Defendant.

Case Number: CV12-04140 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 2, 2013, I SERVED a true and correct copy(ies) of the Order Dismissing Case and Judgment, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Pham
2855 Senter Road
Space #102
San Jose, CA 95111

Dated: January 2, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk